**JUDGE: ARNOLD**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | **NO. CR05-5056JKA** |
| vs. | ) ) ) | |
| GENELLE DAVIS, | ) ) ) | **ORDER TO CONTINUE TRIAL** |
| Defendant. | ) ) ) ) | |

   THIS MATTER having come on duly and regularly for hearing upon motion of the defendant for an order continuing the trial date from August 1, 2005 to September 12, 2005; and the Court having reviewed the records and filed herein and being in all matters duly advised;

   IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the trial date scheduled for August 1, 2005, is here by continued to September 12, 2005.

   DATED this 28th day of July 2005.


                              */s/ J. Kelley Arnold*
                              JUDGE

Proposed Order to Continue
Trial

JUDITH M. MANDEL
Attorney at Law
524 Tacoma Ave So
Tacoma, WA 98402
(253)272-5640

1

1 | Presented by:

2

3 | s/Judith M. Mandel
Judith M. Mandel, WSBA#8677
4 | Attorney for Defendant Means
524 Tacoma Avenue So
5 | Tacoma, WA 98402
PH:  (253)272-5640
6 | Fax: (253)272-5642
judithmandel@callatg.com
7

8 | Approved for entry by:

9

10 | s/Glen Templeton *
Glen Templeton
11 | Special Assistant United States Attorney
*Telephonic Approval
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Proposed Order to Continue
Trial

JUDITH M. MANDEL
Attorney at Law
524 Tacoma Ave So
Tacoma, WA 98402
(253)272-5640

2